IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY BERNHARD | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 22-854 |
| BRIAN KULL, THERESA B. KULL, | : |
| DAVIS & BUCCO, PAUL A. BUCCO, | :    Adversary No. 19-167 |
| ESQUIRE, NATHANIEL J. FLANDREAU, | : |
| ESQUIRE. JOHN J. DORSEY, ESQUIRE | : |
| and DAVID S. MAKARA, ESQUIRE | : |

# **ORDER**

AND NOW, this 3rd day of February, 2023, upon consideration of the Debtor, Gary Bernhard's Appeal from the Order and Opinion of the United States Bankruptcy Court for the Eastern District of Pennsylvania entered on February 22, 2022 (Document No. 1) and following de novo review, it is hereby ORDERED that the aforesaid Order and Opinion are AFFIRMED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,     C.J.